# Court of Appeals
# of the State of Georgia

ATLANTA, September 13, 2022

*The Court of Appeals hereby passes the following order*

**A23I0027. HEIDI MOUA v. DOUACHI LY.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

22CV341



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, September 13, 2022.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*